Lillie M. Wilde, appellant, v. Balz Garman, appellee.   Gen. No. 7,568.

Action for personal injuries.   Judgment for defendant.   Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding.   Heard in this court at the October term, 1925. Affirmed.   Opinion filed April 16, 1926.

Henry Mansfield, David J. Cowan and John E. Cassidy, for appellant.   Shurtleff & Niehaus, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

Joe Bomassaro, appellee, v. The Empire Auto Insurance Association, appellant.   Gen. No. 7,583.

Action on automobile fire insurance policy.   Judgment for plaintiff. Appeal from the Circuit Court of Kane county; the Hon. J. K. Newhall, Judge, presiding.   Heard in this court at the October term, 1925. Affirmed.   Opinion filed April 16, 1926.

George R. Warner, for appellant; D. J. Peffers, of counsel.   Sears & Solfisburg, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

General Motors Acceptance Corporation, appellant, v. A. J. Schaeffer et al., appellees.   Gen. No. 7,571.

Replevin to recover possession of automobiles taken possession of under chattel mortgage.   Judgment for defendants.   Appeal from the Circuit Court of Boone county; the Hon. Edward D. Shurtleff, Judge, presiding.   Heard in this court at the October term, 1925. Reversed and remanded.   Opinion filed April 16, 1926.

Robert W. Waugh, Alexander J. Strom and Krauss, Goldman & Allshouse, for appellant.   William L. Pierce and P. H. O'Donnell, for appellees.

Mr. Justice Jett delivered the opinion of the court.

---

Gust C. Bloom et al., appellees, v. Community Consolidated School District No. 76 of Henry County, Illinois, et al., appellants.   Gen. No. 7,580.

Bill to enjoin erection of school building.   Decree granted.   Appeal from the Circuit Court of Henry county; the Hon. William T. Church, Judge, presiding.   Heard in this court at the October term, 1925. Affirmed.   Opinion filed April 16, 1926.

T. W. Hoopes and Andrews & O'Connor, for appellants.   Sturtz & Ewan, for appellees.

Mr. Justice Jett delivered the opinion of the court.